**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 30 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TERI SAHM, | No. 22-35838 |
| Plaintiff-Appellant, | D.C. No. 2:22-cv-00501-LK |
| v. | |
| TERI KEALOHA SAHM; TERI K. SAHM; TERI SAHM, | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Western District of Washington
Lauren King, District Judge, Presiding

Submitted August 15, 2023[**]

Before:     TASHIMA, S.R. THOMAS, and FORREST, Circuit Judges.

Teri Sahm appeals pro se from the district court's judgment dismissing her

action alleging various violations of federal law and international conventions.  We

have jurisdiction under 28 U.S.C. § 1291.  We affirm.

Because Sahm failed to make any argument in her opening brief regarding

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

the district court's dismissal of her complaint for lack of subject matter jurisdiction and for failure to state a claim, Sahm has waived any challenge to the dismissal. *See Indep. Towers of Washington v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (explaining that "we cannot manufacture arguments for appellant and . . . will not consider any claims that were not actually argued in appellant's opening brief" (citation and internal quotation marks omitted)); *Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (issues not supported by argument in pro se appellant's opening brief are waived).

Sahm's motion requesting that this matter be heard initially en banc (Docket Entry No. 4) is denied on behalf of the court.

**AFFIRMED.**